UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br>et al.<br><br>      Defendants. | Civil Action No. 25-0996 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 5, 2025, Minute Order, Plaintiff Environmental Defense Fund (EDF) and Defendants U.S. Department of Transportation (DOT) and Council on Environmental Quality (CEQ) (collectively, "the parties") respectfully submit this joint status report to apprise the Court of the progress of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      EDF brings this Freedom of Information Act (FOIA) lawsuit against DOT regarding a FOIA request submitted to DOT on or about January 31, 2025, and against CEQ regarding a FOIA request submitted to CEQ on or about February 3, 2025.

2.      As of January 2, 2026, DOT finished its productions in response to EDF's FOIA request. EDF requested that DOT provide a draft *Vaughn* Index to support its withholdings, and the parties agreed that DOT would provide a *Vaughn* Index, excluding DOT's withholdings under Exemption 6. DOT provided its draft *Vaughn* Index on January 20, 2026.  EDF reviewed DOT's *Vaughn* Index and had some additional follow up questions regarding DOT's descriptions, to which DOT has responded. EDF is reviewing DOT's responses and the parties will continue to meet and confer to determine if they can resolve any outstanding disputes.

3.      As of August 28, 2025, CEQ finished its productions and provided on November 19, 2025, at EDF's request, a draft *Vaughn* Index to support its withholdings. EDF has reviewed the *Vaughn* Index and has represented to Defendant that it does not wish to pursue any challenges to CEQ's search and/or productions.

4.      The parties plan to continue to meet and confer to determine whether outstanding issues can be resolved without the need for further judicial intervention.

5.      Consistent with the Court's December 5, 2025, Minute Order, the parties will file a status report on or before July 6, 2026.

Dated: May 21, 2026                    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States of America*

*/s/  Nathaniel H. Hunt*
SAMANTHA R. CARAVELLO (Bar ID CO0080)
NATHANIEL H. HUNT (Bar ID CO0107)
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
E-mail: scaravello@kaplankirsch.com
            nhunt@kaplankirsch.com

- 2 -

- 3 -

ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, DC 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App.
Rule 49(c)(3)

*Counsel for Environmental Defense Fund*