UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

Plaintiff,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.

Defendants.

Civil Action No. 25-0996 (TSC)

**JOINT STATUS REPORT**

Pursuant to the Court's December 5, 2025, Minute Order, Plaintiff Environmental Defense Fund (EDF) and Defendants U.S. Department of Transportation (DOT) and Council on Environmental Quality (CEQ) (collectively, "the parties") respectfully submit this joint status report to apprise the Court of the progress of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. EDF brings this Freedom of Information Act (FOIA) lawsuit against DOT regarding a FOIA request submitted to DOT on or about January 31, 2025, and against CEQ regarding a FOIA request submitted to CEQ on or about February 3, 2025.

2. As of January 2, 2026, DOT finished its productions in response to EDF's FOIA request. EDF requested that DOT provide a draft *Vaughn* Index to support its withholdings, and the parties agreed that DOT would provide a *Vaughn* Index, excluding DOT's withholdings under Exemption 6. DOT provided its draft *Vaughn* Index on January 20, 2026. EDF reviewed DOT's *Vaughn* Index and had some additional follow up questions regarding DOT's descriptions, to which DOT has responded. On August 5, 2026, DOT made a supplemental release of records and

on August 20, 2026, provided Plaintiff with a revised *Vaughn* index. EDF is reviewing these recent records and *Vaughn* index provided in August 2026.

3. As of August 28, 2025, CEQ finished its productions and provided on November 19, 2025, at EDF's request, a draft *Vaughn* Index to support its withholdings. EDF has reviewed the *Vaughn* Index and has represented to Defendants that it does not wish to pursue any challenges to CEQ's search and/or productions.

4. The parties plan to continue to meet and confer to determine whether outstanding issues can be resolved without the need for further judicial intervention.

5. Consistent with the Court's December 5, 2025, Minute Order, the parties will file a status report on or before November 19, 2026.

Dated: October 5, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States of America*

*/s/ Nathaniel H. Hunt*
NATHANIEL H. HUNT (Bar ID CO0107)
SAMANTHA R. CARAVELLO (Bar ID CO0080)
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO 80202

Telephone: (303) 825-7000
E-mail: scaravello@kaplankirsch.com
nhunt@kaplankirsch.com

ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, DC 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

*Counsel for Environmental Defense Fund*